UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BURTON W. WIAND as Receiver for
OASIS INTERNATIONAL GROUP,
LTD. OASIS MANAGEMENT, LLC,
and SATELLITE HOLDING
COMPANY,

    Plaintiff,

v.                                 Case No. 8:22-cv-1512-KKM-TGW

CLARK ASSET MANAGEMENT and
DOUGLAS B. CLARK,

    Defendants.
_____

## ORDER

    Plaintiff, Burton W. Wiand, as receiver for Oasis International Group, Ltd., Oasis Management, LLC, and Satellite Holding Company, moves for default judgment against Defendants Clark Asset Management and Douglas B. Clark. Mot. for Default J. (Doc. 17). The Magistrate Judge recommends that the Court grant the motion on Counts I and III and deny it as moot on Count II. R. & R. (Doc. 18).

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection

to a finding of fact by the magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992).

The fourteen-day deadline for objections to the Report and Recommendation has passed. No one objects. Nevertheless, the Court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019). After a review, the Court concludes that default judgment against both defendants on Counts I and III is appropriate for the reasons the Magistrate Judge stated, and denied as moot on Count II. *See* R. & R.

Accordingly, the following is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 18) is **ADOPTED** and made a part of this Order for all purposes.
2. Plaintiff's Motion for Default Judgment (Doc. 17) is **GRANTED in part**.
3. The Clerk is directed to **ENTER JUDGMENT** against Defendants on Counts I and III in the amount of $146,092.90 plus pre-judgment interest from November 1, 2022, in accordance with the Magistrate Judge's Report and Recommendation.
4. The Clerk is further directed to **TERMINATE** all pending motions and

2

deadlines, and **CLOSE** this case.

**ORDERED** in Tampa, Florida, on April 17, 2023.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge